UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Jeremiah Battice | Bankruptcy No. 24-13638-PMM |
| Debtor | |

### ORDER VOLUNTARILY DISMISSING CHAPTER 13 CASE

AND NOW, it is ORDERED that the case is voluntarily DISMISSED *without prejudice*.

It IS FURTHER ORDERED that the Trustee will return the funds paid towards the chapter 13 bankruptcy plan minus his fees.

**Date: January 30, 2025**

_____
Hon. Patricia M. Mayer
United States Bankruptcy Judge